# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

V.

CHAVEZ CHAMPAGNE

## CRIMINAL COMPLAINT

CASE NUMBER: *mj04-m-2497cb*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 9, 2004__ in __Essex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess, in and affecting commerce, a firearm, to wit, a Smith & Wesson .357 Magnum caliber revolver bearing serial number BPL89793,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
                                   Official Title
facts:

See attached affidavit of Sheila M. O'Hara.

Continued on the attached sheet and made a part hereof:   [✓] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__11/9/04__                    at           Boston, Massachusetts
Date                                          City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT OF SHEILA M. O'HARA**

I, Sheila M. O'Hara, being duly sworn, do depose and state that:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent for over 17 years, and during that time I have been involved in numerous investigations of violations of federal firearms Laws. I am currently assigned to a group in the Boston Field Division of ATF that, in part, works with other federal, state and local police departments in and around the metropolitan Boston area to investigate and prosecute violations of Federal firearms, explosives and controlled substance laws.

2. I am submitting this affidavit in support of an application for a complaint and arrest warrant for Chavez Champagne (year of birth: 1981) ("Champagne") for violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

3. The facts stated herein are based upon my review of police reports and other records and my discussions with other law enforcement officers involved with this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts I believe are sufficient to establish the requisite probable cause.

4.   This affidavit is being submitted for the limited purpose of establishing probable cause to believe that, on September 9, 2004, Champagne, having previously been convicted of a crime punishable by a term of imprisonment of more than one year, possessed a firearm in and affecting commerce.

II.  **POSSESSION OF A FIREARM AND AMMUNITION**

5.   On September 9, 2004, the Haverill Police Department provided information concerning Champagne to the Methuen Police Department.  The Haverill Police informed the Methuen Police that Champagne was sought on a warrant stemming from home invasion and armed robbery charges.  During surveillance of the residence of a woman the police believed to be Champagne's girlfriend, officers saw Champagne coming and going from that residence.  The police obtained a search warrant for that residence to search for firearms and for items stolen during the home invasion.

6.   While en route to execute the search warrant, police learned that the defendant had just left the residence in an automobile.  Officers attempted to stop the automobile by activating their blue lights.  The driver of the automobile in which the defendant was a passenger first swerved toward the police and then stopped a short distance away.

7.   Officers who approached the stopped car ordered Champagne to show his hands.  Instead of complying, Champagne appeared to be trying to remove something from his pocket, which

appeared to be small plastic bags. Champagne then reached for his waist area. A police officer secured Champagne's hands while another officer removed a loaded Smith & Wesson .357 Magnum caliber revolver bearing serial number BPL89793 ("the .357 Magnum) from Champagne's waistband.

8. As the police removed Champagne from the car, he dropped several plastic packets on the floor of the car. Those items were subsequently examined and determined to be 41 grams of heroin as well as smaller amounts of cocaine and other drugs.

9. While the police were booking Champagne, an officer told him that he should not be carrying a gun. In response, Champagne said, "I have to carry a gun. I ripped off some drug dealers and they are trying to kill me."

10. The Massachusetts State Police Firearms Identification Section has examined and successfully test fired the .357 Magnum.

## III. INTERSTATE COMMERCE

11. On November 8, 2004, I spoke with a representative of Smith & Wesson with regard to the .357 Magnum. That person informed me that the .357 Magnum was manufactured in Massachusetts and, on December 6, 1993, was shipped to Nationwide Sports in South Hampton, Pennsylvania. Thus, the .357 Magnum traveled in interstate commerce before September 9, 2004.

## IV. FELONY CONVICTION

12. On September 30, 2002, in Lawrence District Court,

Champagne was convicted of distribution of a Class B substance and assault and battery by means of a dangerous weapon, each of which is a crime punishable by a term of imprisonment greater than one year.

13. Based on the foregoing, there is probable cause to believe that, on September 9, 2004, in New Bedford, Massachusetts, Chavez Champagne, having previously been convicted of a crime punishable by a term of imprisonment of more than one year, possessed firearms and ammunition in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

Sheila M. O'Hara
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to and subscribed before me this 9th day of November, 2004.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

4

JS 45 (5/97) - (Revised USAO MA 1/15/04)
Case 1:04-cr-10389-RWZ    Document 1    Filed 11/09/2004    Page 6 of 7

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City** Methuen    **Related Case Information:**

**County** Essex

- Superseding Ind./ Inf. _____    Case No. _____
- Same Defendant _____    New
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Chavez Champagne    **Juvenile** ☐ Yes  [X] No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1981    **SSN (last 4 #):** 9165    **Sex** M    **Race:** _____    **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** John A. Capin    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  [X] No

[x] Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    [X] Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    [x] Felony 1

*Continue on Page 2 for Entry of U.S.C. Citations*

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 9, 2004    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Chavez Champagne

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | felon in possession of firearm | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

ADDITIONAL INFORMATION: _____

JS45.wpd - 1/15/04 (USAO-MA)