AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHAVEZ CHAMPAGNE

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-249 JLA

| PRESIDING JUDGE ALEXANDER | PLAINTIFF'S ATTORNEY JOHN CAPIN | DEFENDANT'S ATTORNEY CATHERINE BYRNE |
|---|---|---|
| TRIAL DATE (S) 11/23/04 | COURT REPORTER DIGITAL RECORDING | COURTROOM DEPUTY REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/23/04 | direct | | JODY MINICK, S/A, BATFE |
| A | | 11/23/04 | X | | AFFIDAVIT AND COMPLAINT OF AGENT SHEILA OHARA |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages