UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10389-RWZ |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| CHAVEZ CHAMPAGNE ) | 21 U.S.C. §841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute Heroin; |
| ) | 18 U.S.C. §922(g)(1) - |
| ) | Felon In Possession Of |
| ) | Firearm and Ammunition; |
| ) | 18 U.S.C. §924(c)(1)(A) - |
| ) | Possession of a Firearm |
| ) | In Furtherance Of A Drug |
| ) | Trafficking Crime |
| ) | Forfeiture Allegation |
| ) | 21 U.S.C. §853 |

## INDICTMENT

**COUNT ONE:**   (Title 21, United States Code, §841(a)(1) -
Possession With Intent To Distribute Heroin)

The Grand Jury charges that:

On or about September 9, 2004, at Methuen, in the District of Massachusetts,

**CHAVEZ CHAMPAGNE**,

defendant herein, knowingly and intentionally possessed with intent to distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**COUNT TWO:** **(Title 18, United States Code §922(g)(1) - Felon In Possession Of A Firearm And Ammunition)**

The Grand Jury further charges that:

On or about September 9, 2004, at Methuen, in the District of Massachusetts,

**CHAVEZ CHAMPAGNE,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith and Wesson .357 caliber magnum revolver, serial number BPL8793, and four rounds of .357 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**:     (Title 18, United States Code, §924(c)(1)(A)- Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime)

The Grand Jury further charges that:

On or about September 9, 2004, at Methuen, in the District of Massachusetts,

**CHAVEZ CHAMPAGNE**,

defendant herein, knowingly and intentionally carried during and in relation to, and possessed in furtherance of, the drug trafficking crime charged in Count One, a firearm, to wit: a Smith and Wesson .357 caliber magnum revolver, serial number BPL8793.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION
### (21 U.S.C. §853)

The Grand Jury further charges that:

1.  As a result of the offense alleged in Count One of this Indictment,

### CHAVEZ CHAMPAGNE

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the Court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

4

## **NOTICE OF ADDITIONAL FACTORS**

The GRAND JURY further finds that:

1. With respect to the conduct charged in Count One, the defendant Chavez Champagne possessed with intent to distribute a quantity of heroin between 20 and 40 grams as described by U.S.S.G. §2D1.1 (drug equivalency table).

2. At the time of the conduct charged in the Indictment, the defendant was 18 years old and had at least two prior felony convictions for either a crime of violence or a controlled substance offense, as described by U.S.S.G. §4B1.1(a).

A TRUE BILL

*Irene Burke*
FOREPERSON OF THE GRAND JURY


*Sandra S Bower*
SANDRA S. BOWER
ASSISTANT U.S. ATTORNEY



DISTRICT OF MASSACHUSETTS;                December  , 2004

Returned into the District Court by Grand Jurors and filed.

DEPUTY CLERK

12/22
3:10

6

**Criminal Case Cover Sheet**                                     U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** Methuen | **Category No.** II | **Investigating Agency** ATF |
| **City** Methuen | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number | 04-mj-00249-JLA |
| | Search Warrant Case Number | _____ |
| | R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name   Chavez Champagne                         Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): 1981   SSN (last 4 #): 9165   Sex M   Race: white   Nationality: US

**Defense Counsel if known:**   Catherine K. Byrne         **Address:** 408 Atlantic Ave
                                                                      Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Sandra S. Bower                          Bar Number if applicable   0787700 (Florida)

Interpreter:   ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

   ☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12-22-04         Signature of AUSA:  *Sandra S. Bower*

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      Chavez Champagne_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Possession with intent to distribute heroin | 1 |
| Set 2 | 18 USC 922(g)(1) | Felon in possession of firearm/ammunition | 2 |
| Set 3 | 18 USC 924(c)(1)(A) | Possession of firearm in drug trafficking crime | 3 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**