AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED

DATE: 11-29-04

BY: _Cub_

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

CHAVEZ CHAMPAGNE

## WARRANT FOR ARREST

CASE NUMBER: MJ04-m-248 JLA

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV -9 P 5: 04

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHAVEZ CHAMPAGNE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of Firearm and Ammunition

in violation of Title _____ 18 _____ United States Code, Section(s) _922(g)_

JOYCE LONDON ALEXANDER
Name of Issuing Officer

_Joyce London Alexander_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/9/04     BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/16/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.