UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10389-PBS

UNITED STATES OF AMERICA

v.

CHAVEZ CHAMPAGNE

_____

## JOINT MOTION FOR EXCLUDABLE DELAY

The parties respectfully request the Court to order the period from January 6, 2005, through the date of the interim status conference, March 22, 2005, excluded under the Speedy Trial Act. In support of this request, the parties state the following:

1) At the initial status conference, defense counsel requested additional time to review discovery and make discovery requests, which the Court allowed without objection from the government.

2) The parties agree that the period January 6, 2005, through Feb. 3, 2005, should be excluded pursuant to Local Rule 112.2(2), and the period from February 3, 2005, through March 22, 2005, should be excluded pursuant to Local Rule 112.2(3) and 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, the parties request that the period of January 6, 2005, through March 22, 2005 be excluded for purposes of the Speedy Trial Act.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By: /s/ Sandra S. Bower for        By:   /s/ Sandra S. Bower
    CATHERINE K. BYRNE                  SANDRA S. BOWER
    Federal Defender's Office               Assistant U.S. Attorney
    408 Atlantic Ave.                          U. S. Attorney's Office
    Boston, MA 02210                        John Joseph Moakley
                                              United States Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210