UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10389 RWZ

CHAVEZ CHAMPAGNE
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     On February 10, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that may deserve special attention or modification of the standard schedule include the defendant's requests, with the government's assent, for:
    a) an additional thirty (30) days to review the discovery produced,
    b) an additional thirty (30) days to request additional discovery by letter, and
    c) a subsequent thirty (30) day period to file discovery motions;

3. Supplemental discovery is uncertain at this time;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than thirty (30) days before trial and the defendant will make reciprocal disclosures fifteen (15) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: January 6, 2005, through February 3, 2005 (28 days); February 3, 2005, through March 22, 2005 (40 days); for a total of eighty-eight (88) days as of February 10, 2005. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of February 10, 2005;

6. Trial is anticipated. The duration of the trial is estimate at four (4) days;

7.  There are no other matters.

       IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established.  An **Interim Status Conference** is scheduled at **4:00 p.m.** on **March 22, 2005,** in Courtroom 24, 7th floor.

       HONORABLE JOYCE LONDON ALEXANDER
       U.S. MAGISTRATE JUDGE

       By the Court:

February 10, 2005        /S/ Rex Brown
Date        Courtroom Clerk
       (617) 748-9238