IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                                   )     Criminal No. 04-10389-RWZ
          v.              )
                                   )
CHAVEZ CHAMPAGNE            )
                                 )

**INFORMATION**

**COUNT ONE:**      (Title 21, United States Code, Section 851 --
                      Notice of Prior Conviction)

The United States Attorney charges that:

1.  On or about September 30, 2002, CHAVEZ CHAMPAGNE was convicted in the Lawrence District Court of Manufacturing/ Distributing/Dispensing a Class B Substance, in violation of Massachusetts G.L. 94C § 32A(a). A copy of the Judgment in Lawrence District Court No. 0218 CR 3006 is attached at Tab 1.

2.  By way of this information, the government notifies CHAVEZ CHAMPAGNE that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                    BY:    _Sandra S. Bower_____
                              SANDRA S. BOWER
                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that on March 9, 2005, I have served a

copy of the foregoing document by hand delivery to counsel for

CHAVEZ CHAMPAGNE as follows:

Catherine K. Byrne, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

SANDRA S. BOWER
Assistant U.S. Attorney

2

0218 CR 5006

Trooper Bud Oney (Andrew)

| COURT DIVISION | ☐ Interpreter Required (language:) | DATE & JUDGE | DOCKET ENTRY |
|---|---|---|---|
| LAWRENCE | | 4-24-02 Mon | ☐ Attorney appointed (SJC R. 3:10) |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**

Chavez V. Champagne
40 Longview Terrace
Methuen, Mass. 01844

☐ Atty denied & Deft advised per 211D §2A
☐ Waiver of counsel found after colloquy

4-24-02 Mon — Terms of release set: 10,000 w/sur.
☐ PR ☑ Bail: 1,000 CASH
☐ Held (276 §58A)
☒ See back for special conditions

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 10/01/81 Male | 807,807z,832,826 |

4-24-02 Mon — Arraigned and advised:
✓ Potential of bail revocation (276 §58)
✓ Right to bail review (276 §58)

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 4/23/02 | Methuen |

4-24-02 Mon — ☐ Right to drug exam (111E §10)

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Gary Cloutier for James T. Gunter | Methuen |

9-30-02 Heliby — Advised of right to jury trial
☐ Does not waive
☒ Waiver of jury trial found after colloquy

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 4/24/02 | 4/24/02 |

☐ Advised of trial rights as pro se (Supp.R. 4)
☐ Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT-OFFENSE**

**a. MFG/DISTRIB/DISPENSE CLASS B SUB. c94C s32A(a)**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | 90 ☐ WAIVED |

DISPOSITION DATE & JUDGE: 9-30-02 Heliby

**DISPOSITION METHOD**
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

**FINDING**
☐ Not Guilty
☒ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation        ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

2 yrs HC ss 9.30.04
random Drug/Alcohol Screen

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE: EHC Drug/Alcohol Treatment deemed approp. by Prob.

---

**COUNT-OFFENSE**

**b. MFG/DIST/DISP.CL. B SCHOOL ZONE C94C S32A,32J**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 9-30-02 Heliby

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation        ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

w/ Consent of

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE

---

**COUNT-OFFENSE**

**c. CONSPIRACY TO VIOLATE CONTR. SUB. LAWS c94C s40**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 9-30-02 Heliby

**DISPOSITION METHOD**
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation        ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☒ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE | DATE
2374A0000 11/29/02 VICTM WITN  90.00

---

**COUNT-OFFENSE**

**d. ILLEGAL POSS. OF CLASS D SUBSTANCE c94C s34**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 9-30-02 Heliby

**DISPOSITION METHOD**
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:  4125A000004/11/03 LEGAL FEE  150.00
☐ Probation        ☐ Pretrial probation(276 §87) -  4125A000004/11/03 ATTORN FEE  50.00
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☒ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE | DATE

---

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and the seal of the District Court of Lawrence

Clerk Magistrate

☐ ADDITIONAL COUNTS ATTACHED

| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | COURT ADDRESS 2 Appleton Street Lawrence, Ma. 01840-1525 |
|---|---|---|---|

Case 1:04-cr-10389-RWZ    Document 16    Filed 02/09/2005    Page 5 of 5

| | | |
|---|---|---|
| **DOCKET CONTINUATION** | **NAME OF CASE** | **DOCKET NUMBER** 0218 CR3006 |

| NO. | DATE | DOCKET ENTRIES |
|-----|------|----------------|
| | 5-28-03 | Atty Murphy represents D. Upon stip of finds D VOP. Court orders term + disch. Bal of $'s remitted. (Ostrach) |

In testimony that the foregoing is a true copy on file and of record made by photo-graphic process, I hereunto set my hand and affix the seal of the District Court of Lawrence this ___ of ____ 2004

_Clerk Magistrate_

DC-CR 14 (12/89)