UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10389-RWZ

UNITED STATES OF AMERICA

v.

CHAVEZ CHAMPAGNE

### JOINT MOTION FOR EXCLUDABLE DELAY
### FOR THE PERIOD MARCH 22, 2005, THROUGH APRIL 27, 2005

The parties respectfully request the Court to order the period from March 22, 2005, through the date of the final status conference, April 27, 2005, excluded under the Speedy Trial Act. In support of this request, the parties state the following:

1) At the interim status conference on March 22, 2005, defense counsel requested additional time to review discovery and evaluate the case, which the Court allowed without objection from the government.

2) The parties agree that the period March 22, 2005, through April 27, 2005, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Catherine F. Byrne*  By: *Sandra S. Bower*
CATHERINE K. BYRNE      SANDRA S. BOWER
Federal Defender's Office   Assistant U.S. Attorney
408 Atlantic Ave.        U. S. Attorney's Office
Boston, MA 02210         1 Courthouse Way, Suite 9200
                         Boston, MA  02210

FILED
In Open Court
USDC, Mass.
Date 4/27/05
By *[signature]*

1

5/9/05 *[signature]*, m.J. allowed