UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO.04-10389 RWZ

CHAVEZ CHAMPAGNE
     Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 27, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: January 6, 2005, through February 3, 2005 (28 days); February 3, 2005, through March 22, 2005 (40 days); and March 22, 2005, through April 27, 2005 (36 days), for a total of one hundred and one hundred and four (104) days as of April 27, 2005;
   (b) The total amount of time to proceed to trial is seventy (70) days as of April 27, 2005;
   (c) There are no pending nor anticipated dispositive motions to filed that would cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant and the defendant has indicated that he does not intend to offer an alibi defense;

7. (a) There are no anticipated motions to suppress or dismiss which will require a ruling

by the District Judge before trial;
   (b) A briefing schedule has not been established in the event motions are filed;

8. There may is no need for scheduling a hearing on dispsositive motions and trial before the District Judge;

9. Resolution of case without trial is likely;

10. If trial were to become necessary, the estimated duration of trial would be four (4) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

June 30, 2005    /S/ Rex Brown
Date    Courtroom Clerk
    (617) 748-9238