UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10389-RWZ |
| ) | |
| CHAVEZ CHAMPAGNE          ) | |

<u>ASSENTED-TO MOTION TO CONTINUE SENTENCING</u>

Defendant, Chavez Champagne, moves to continue his sentencing which is scheduled for August 31, 2005 for approximately six weeks. The Probation department has ascertained that defendant, who is 23 years old, is facing a guideline sentence of 322 months (26 years 10 months). As grounds for this motion, counsel states that she has had great difficulty obtaining some records which are material to sentencing and needs additional time to collect this information. Counsel also states that she is awaiting the completion of an evaluation. Defense counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

The government assents to this motion.

                                              CHAVEZ CHAMPAGNE
                                              By his attorney,

                                              /s/ Catherine K. Byrne
                                              Catherine K. Byrne
                                                 B.B.O. #543838
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

Date: August 4, 2005