UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10389-RWZ |
| ) | |
| CHAVEZ CHAMPAGNE ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

Defendant, Chavez Champagne, moves to continue his sentencing which is scheduled for October 26, 2005 for approximately three-four weeks.  The Probation department has ascertained that defendant, who is 23 years old, is facing a guideline sentence of 322 months (26 years 10 months).  As grounds for this motion, counsel states that she has had great difficulty obtaining some records which are material to sentencing and needs additional time to collect this information.  Counsel also states that she is awaiting the final report of an evaluation.  Defense counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

                CHAVEZ CHAMPAGNE
                By his attorney,


                /s/ Catherine K. Byrne
                Catherine K. Byrne
                  B.B.O. #543838
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061

Date: October 21, 2005