UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>CHAVEZ CHAMPAGNE ) | CRIMINAL NO. 04-10389-RWZ |

MOTION FOR LEAVE TO FILE LATE OBJECTION TO FINAL
<u>GUIDELINE CALCULATION</u>

    The defendant respectfully moves that he be permitted to file the attached late objection to the Presentence Report which was sent to probation on November 16, 2005.  As reason therefore, the defendant states that undersigned counsel realized on November 16, that an error had been made in the final guideline calculation.

                                              CHAVEZ CHAMPAGNE
                                              By his attorney,

                                              /s/ Catherine K. Byrne
                                              Catherine K. Byrne
                                                 B.B.O. #543838
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

Date: November 16, 2005

**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

November 16, 2005

BY FAX (978) 689-9067 AND FIRST-CLASS MAIL

Ms. Lisa Dube
U.S. Probation Officer
U.S. Probation Office
499 Essex Street, Suite 3
Lawrence, MA 01840-1269

      Re:  U.S. v. Chavez Champagne
           Criminal No. 04-10389-RWZ
           Objection to PSR

Dear Ms. Dube:

    The defendant objects to an error in the final guideline calculation which is contained in paragraphs (49), (50), and (105) of the PSR. Guideline 4B1.1(c)(2)(A) and (B) direct that where there are multiple counts of conviction in which **at least one of the counts is a conviction other than for 18 U.S.C. §924 (c)**, the guideline range shall be the greater of the range that results by adding the mandatory consecutive penalty required by 18 U.S.C. §924 (c) (here 60 months) to the minimum and maximum of the **otherwise applicable guideline range determined for the counts of conviction other that the 18 U.S.C. § 924 (c)** (here 188-235 months[1] plus 60 which is 248-295 months); and the range determined under the career offender table in 4B1.1 (c)3 (here 262-327 months because there is a 3 level reduction for acceptance of responsibility). Thus the final applicable guideline range is 262-327 months because that range is greater than 248-295. Probation incorrectly added the 60 months to 262-335 months resulting in an erroneous guideline calculation of 322-387 months.

Sincerely yours,

Catherine K. Byrne

---

    [1] The career offender range is 188-235 because the maximum sentence for possession with intent to distribute heroin is 30 years because of the prior conviction.