UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10389-RWZ |
| | ) | |
| CHAVEZ CHAMPAGNE | ) | |

### MOTION FOR JUDICIAL RECOMMENDATION REGARDING PLACEMENT IN BUREAU OF PRISONS

The defendant respectfully moves that the court recommend that he serve his sentence in either New York or New Jersey in order that he will be close enough to family that they will be able to visit him.

```
                                    CHAVEZ CHAMPAGNE
                                    By his attorney,


                                    /s/ Catherine K. Byrne
                                    Catherine K. Byrne
                                        B.B.O. #543838
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061
```

Date: November 22, 2005