UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**	) | |
| ) | |
| v.	) | **Criminal No. 04-10389-RWZ** |
| ) | |
| **CHAVEZ CHAMPAGNE,**	) | |
|     **Defendant**	) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Chavez Champagne by the district court (Rya W. Zobel, J.) and the resulting <u>Judgment in a Criminal Case</u> (entered on the docket on November 30, 2005).

                                                         Respectfully submitted,

                                                         MICHAEL J. SULLIVAN
                                                         United States Attorney

                                  By:    <u>/s/ Sandra S. Bower</u>
                                               SANDRA S. BOWER
                                             Assistant U.S. Attorney

Dated: 12/21/05