*10389*

*USDC/MA*

MANDATE

# United States Court of Appeals *Zobel, R.*

## For the First Circuit

No. 06-1171

### UNITED STATES

Appellant

v.

### CHAVEZ CHAMPAGNE

Defendant - Appellee

---

**JUDGMENT**

Entered: May 23, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with appellant to bear any incurred costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41,**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/23/06

MARGARET CARTER

By:_____
Chief Deputy Clerk.

[cc: Catherine K. Byrne, AFPD, Sandra S. Bower, AUSA,
Dina Michael Chaitowitz, AUSA